UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY G. GREGORY,

    Petitioner,

v.                                       Case No. 8:05-cv-741-T-23TGW

JAMES V. CROSBY, JR.,

    Respondent.
_____/

## **O R D E R**

    Timothy Gregory's petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenges the validity of his state conviction for first degree murder, for which he was sentenced to life imprisonment. A preliminary review of the petition for the writ of habeas corpus is required by Rule 4 of the Rules Governing § 2254 Cases: "If it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court, the judge shall make an order for summary dismissal . . . ." Gregory admits in his petition that he has a Rule 3.850 motion for post-conviction relief pending in state court. Consequently, this action is premature.

    Accordingly, the petition for the writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice as premature. The clerk shall enter a judgment against Gregory and **CLOSE** this action.

    ORDERED in Tampa, Florida, on April 20, 2005.

                                                                   STEVEN D. MERRYDAY
                                                           UNITED STATES DISTRICT JUDGE

SA/ro